UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS STANKEWITZ,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>JILL L. BROWN, Warden<br>of San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. CIV. F-91-616-AWI-P<br><br>DEATH PENALTY CASE<br><br>Order to Lodge Files for *In Camera* Review |

　　　　Respondent Jill L. Brown ("the State") filed a motion for discovery of counsels' files on January 26, 2005. Petitioner Douglas Stankewitz ("Stankewitz") shall lodge the original documents with the Court for *in camera* review by May 23, 2005. At the same time, counsel for Stankewitz shall file a declaration stating, to the extent that they know, from whom the trial files were obtained. The State's discovery motion shall be resolved after the Court's review of the trial files. The date for the State's response to the order to show cause, issued January 25, 2005, is suspended until after resolution of the discovery motion.

IT IS SO ORDERED.

**Dated:　May 2, 2005**　　　　　　　　　　　　/s/ **Anthony W. Ishii**
b64h1h　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE