UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS RAY STANKEWITZ,<br><br>           Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, JR.,* Acting<br>Warden of San Quentin State Prison,<br><br>           Respondent. | Case No. CIV. F-91-616-AWI-P<br><br>DEATH PENALTY CASE<br><br>Order Granting in Part<br>Respondent's Motion for<br>Discovery of Trial Files<br>(Doc. # 505) |

On January 26, 2005, Respondent Robert L. Ayers, Jr. ("the State") filed a motion for discovery of the trial files from the first trial of Petitioner Douglas Ray Stankewitz ("Stankewitz"). Stankewitz filed an opposition to the motion March 8, 2005, and the State filed a reply March 21, 2005. Pursuant to court order, Stankewitz lodged the files which were the subject of the discovery motion for in camera review.

The Court has completed review of the lodged documents, and makes the following findings:

The majority of the documents are not confidential as they are either public

---

* Robert L. Ayers, Jr. is substituted for his predecessor as Acting Warden of San Quentin State Prison, pursuant to Federal Rule of Civil Procedure 25(d).

1  records (law enforcement reports, court records) or documents relevant to this
2  litigation (juvenile records, medical/mental health records/reports), and are
3  discoverable.  The documents which are denied discovery are trial counsel Sal
4  Sciandra's notes from the trial (labeled Production #3), preliminary reports from a
5  mental health expert retained by federal habeas counsel in 1989 (within
6  Production #4), and Mr. Sciandra's case history and memo (within Production #7)
7  which contains confidential communication from Stankewitz.

8       The State's motion for discovery is GRANTED, with the exceptions listed
9  above.  Counsel for the State may make arrangements for inspection and copying
10 of the discoverable documents with the Court.

12 IT IS SO ORDERED.

13 **Dated:   October 20, 2006**               **/s/ Anthony W. Ishii**
   b64h1h                                      UNITED STATES DISTRICT JUDGE