UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS RAY STANKEWITZ,<br><br>               Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, Jr., Warden<br>of San Quentin State Prison,<br><br>               Respondent. | Case No. 1:91-cv-00616-AWI<br><br>DEATH PENALTY CASE<br><br>Order Reinstating Respondent's Motion to Expand the Record (Doc. # 543), Setting Briefing Schedule and Hearing<br><br>DATE:    March 24, 2008<br>TIME:    3:00 p.m. |

On January 24, 2008, a Case Management Conference was held in the case of Petitioner Douglas Ray Stankewitz ("Stankewitz") to discuss the anticipated litigation of the remanded claim following appointment of new counsel to represent Stankewitz. Appearances were made telephonically by Harry W. Simon, of the Capital Habeas Unit of the Federal Defenders' Office of the Eastern District of California, counsel for Stankewitz, and Deputy Attorney General John McLean, counsel for Respondent Robert L. Ayers, Jr. ("the Warden").

The Warden filed a motion for discovery January 26, 2005, seeking counsel's files from Stankewitz's first trial in 1978. Stankewitz asserted the files contained confidential communications protected by the attorney-

client privilege, which was not waived by the assertion of ineffective assistance of counsel at his second trial.  The documents were lodged for in camera review on May 20, 2005.  Certain documents were found to contain confidential communications between Stankewitz and his counsel, and were denied discovery, while the remaining non-confidential portions were granted discovery on October 23, 2006.  Following inspection of the discovery documents, the Warden filed a motion to expand the record with those documents on November 21, 2006.  The motion was denied without prejudice on December 4, 2006, due to the concurrent withdrawal of Stankewitz's counsel.

Counsel for the parties agreed to proceed with the prior motion to expand the record, so that motion (Document #543) is hereby reinstated without the necessity of re-filing.  The Warden's response to the January 25, 2005 Order to Show Cause will remain deferred until resolution of the Warden's motion.

Stankewitz's opposition to the Warden's Motion to Expand the Record is due by April 23, 2008, at 4 p.m.  The Warden's reply to the opposition is due by May 23, 2008, at 4 p.m.  A hearing on the motion will be held Monday, June 16, 2008, at 1:30 p.m., in Courtroom No. 2.

IT IS SO ORDERED.

**Dated:   January 29, 2008**              /s/ Anthony W. Ishii
                                           UNITED STATES DISTRICT JUDGE