UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS RAY STANKEWITZ,<br><br>                    Petitioner,<br><br>    vs.<br><br>ROBERT L. AYERS, Jr., Warden<br>of San Quentin State Prison,<br><br>                    Respondent. | Case No. 1:91-cv-00616-AWI<br><br><u>DEATH</u> <u>PENALTY</u> <u>CASE</u><br><br>Amended Order Setting<br>Hearing on Respondent's<br>Motion to Expand the Record<br><br>DATE:        June 16, 2008<br>TIME:        1:30 p.m. |

TO: Petitioner Douglas Ray Stankewitz ("Stankewitz") and Respondent Robert L. Ayers, Jr., Warden of San Quentin State Prison ("the Warden"), by and through their respective attorneys,

NOTICE IS GIVEN that on June 16, 2008 at 1:30 p.m.,  in Courtroom No. 2, a hearing will be held on the Warden's Motion to Expand the Record.

IT IS SO ORDERED.

**Dated:    February 4, 2008**            /s/ **Anthony W. Ishii**
                                                     UNITED STATES DISTRICT JUDGE