EDMUND G. BROWN Jr.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
HARRY JOSEPH COLOMBO
Deputy Attorney General
JOHN G. McLEAN
Deputy Attorney General
State Bar No. 99436
 1300 I Street
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5184
 Fax: (916) 324-2960
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS RAY STANKEWITZ,** | **CAPITAL CASE** |
| Petitioner, | 1:91-CV-616-AWI-P |
| v. | **ORDER GRANTING RESPONDENT'S MOTION TO EXPAND THE RECORD TO INCLUDE FILES OF PRIOR COUNSEL SALVATORE SCIANDRA** |
| **ROBERT L. AYERS, Jr., Warden of San Quentin Prison,** | |
| Respondent. | |

On October 23, 2006, this Court granted Respondent's motion for discovery of certain files

of prior trial counsel Salvatore Sciandra. (Doc. 540.) On January 30, 2008, with the agreement of

both parties, this Court reinstated Respondent's motion to expand the record with those files. (Docs.

540, 551.) On April 23, 2008, Petitioner agreed to this expansion of the record. (Doc. 555.) Based

thereon, and good cause having been shown, Respondent's motion to expand the record with the files

of prior trial counsel to which Respondent was granted discovery, is granted.

IT IS SO ORDERED.

**Dated:    June 2, 2008    **            _____/s/ Anthony W. Ishii_____
                                                                    UNITED STATES DISTRICT JUDGE