UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS RAY STANKEWITZ,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, Jr., Warden<br>of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:91-cv-00616-AWI<br><br><u>DEATH PENALTY CASE</u><br><br>Stipulated Protective Order |

The parties recognize that trial files of Petitioner's counsel, Hugh Goodwin and Salvatore Sciandra, lodged or filed in these proceedings (*see* Docs. 396, 443, 556-59, 563-70), are privileged from use outside these proceedings under *Bittaker v. Woodford*, 331 F.3d 715 (9th Cir. 2003) (en banc), and stipulate as follows:

1. Trial counsel's files, and all of the information contained therein, shall be deemed to be confidential.  These files, and all of the information contained therein, may be used only by representatives from the Office of the California Attorney General and Petitioner's counsel, and only for purposes of any proceedings incident to litigating the claims presented in the petition for writ of habeas

1  corpus pending before this Court.
2  2. Disclosure of the contents of trial counsel's files and the information contained therein may not be made to any other persons or agencies, including any other law enforcement or prosecutorial personnel or agencies, without an order from this Court.  This order shall continue in effect after the conclusion of the habeas corpus proceedings and specifically shall apply in the event of a retrial of all or any portion of Petitioner's criminal case.

IT IS SO ORDERED.

**Dated:   June 9, 2008**              /s/ Anthony W. Ishii
                                      UNITED STATES DISTRICT JUDGE

OProtectOrderStnk                                2