# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS RAY STANKEWITZ,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>ROBERT L. AYERS, JR., Warden of San Quentin State Prison,<br><br>　　　　　Respondent. | Case No. 1:91-cv-616-AWI<br><br><u>DEATH PENALTY CASE</u><br><br>Order Denying Petitioner's Miscellaneous Motion (Doc. 577) |

Petitioner Douglas Ray Stankewitz ("Stankewitz") filed a pro se motion seeking a court order directing his counsel to provide him with copies of certain legal documents from his trial. The Court is confident that counsel for Stankewitz will take all reasonable steps and will provide all information necessary to inform him of the relevant proceedings in his case. The Court declines to interfere in the relationship between Petitioner and his counsel. Petitioner is directed that any future documents he wishes filed in this case must be submitted through his counsel.

IT IS SO ORDERED.

Dated:   June 16, 2008            /s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE