UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS RAY STANKEWITZ, <br><br> Petitioner, <br><br> vs. <br><br> ROBERT L. AYERS, JR., Warden of San Quentin State Prison, <br><br> Respondent. | Case No. 1:91-cv-616-AWI <br><br> <u>DEATH</u> <u>PENALTY</u> <u>CASE</u> <br><br> Order Setting Briefing Schedule |

A case management conference was held before Judge Anthony W. Ishii on June 16, 2008, to discuss the future litigation schedule in this case. Telephonic appearances were made by Harry Simon for Petitioner Douglas R. Stankewitz ("Stankewitz"), and by John McLean for Respondent Robert L. Ayers, Jr. ("the Warden").

The parties agreed to the following briefing schedule:

1. Stankewitz will file a motion to expand the record with the documents relied on by his experts, lodged in this case on September 6, 2000, and April 23, 2008 (*see* Docs. 443, 556-559 & 561) by July 7, 2008;

2. The Warden will file any opposition to Stankewitz's motion by July 28, 2008;

3. Stankewitz's reply to the Warden's opposition is due by August 4, 2008.

4. A telephonic case management conference will be held Monday, August 18, 2008, at 2:00 p.m. to discuss the next phase of litigation in this case.  Counsel for Stankewitz will initiate the call.

IT IS SO ORDERED.

**Dated:   June 17, 2008**          /s/ Anthony W. Ishii
                                    UNITED STATES CHIEF DISTRICT JUDGE