UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS RAY STANKEWITZ,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT L. AYERS, JR., Warden of San Quentin State Prison,<br><br>    Respondent. | Case No. 1:91-cv-616-AWI<br><br>DEATH PENALTY CASE<br><br>Order Setting Schedule for Merits Briefing of Remanded Claim |

A case management conference was held before Judge Anthony W. Ishii on August 18, 2008, to discuss the future litigation schedule in this case. Telephonic appearances were made by Harry Simon for Petitioner Douglas R. Stankewitz ("Stankewitz"), and by John McLean for Respondent Robert L. Ayers, Jr. ("the Warden").

The Court dissolves the Order to Show Cause, issued January 25, 2005, on agreement of the parties. The parties agreed to brief the merits of the remanded claim, based on the evidence currently in the record, with the provision that the briefing be without prejudice to a future request for evidentiary hearing.

The parties agreed to the following briefing schedule:

1. Stankewitz will file his brief in support of the remanded claim by November 19, 2008;
2. The Warden will file his opposing brief by February 18, 2009;
3. Stankewitz's reply brief is due by April 6, 2009.

IT IS SO ORDERED.

**Dated:   August 18, 2008              /s/ Anthony W. Ishii**
                                    CHIEF UNITED STATES DISTRICT JUDGE