UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS RAY STANKEWITZ, <br>     Petitioner, <br> vs. <br> ROBERT WONG, Acting Warden of San Quentin State Prison, <br>     Respondent. | Case No. 1:91-cv-00616-AWI <br> <u>DEATH</u> <u>PENALTY</u> <u>CASE</u> <br> Order Granting Petitioner's Request for Extension of Time to File Reply to Respondent's Brief on Remand |

In an order dated August 19, 2008, this Court directed the parties to submit briefs on the issues now pending before it on remand. Petitioner Douglas Ray Stankewitz ("Stankewitz") filed his brief November 19, 2008, and Respondent Robert Wong, Acting Warden of San Quentin State Prison ("the Warden") filed his brief February 18, 2009. According to the schedule established in the August 19, 2008 order, Stankewitz's reply to the Warden's brief is due April 6, 2009. Stankewitz filed a request to extend the time for filing his reply by 45 days, to May 21, 2009.

Harry Simon, counsel for Stankewitz declares he has completed substantial work on the reply brief, but due to conflicting obligations in other cases, has not been able to complete it. This is Mr. Simon's first

request for an extension of time.  Mr. Simon asserts he contacted John McLean, counsel for the Warden, and was informed that Mr. McLean does not oppose this request.

Good Cause Appearing, Stankewitz is granted a 45-day enlargement of time to file his reply to the Warden's brief on remand.

IT IS SO ORDERED.

**Dated:     March 27, 2009            /s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE

OEOTRemandReplyStnk                    2