| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar # 89424 |
| | Federal Defender |
| 2 | HARRY SIMON, Bar # 133112 |
| | Assistant Federal Public Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-6666 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DOUGLAS STANKEWITZ**, | ) | Case No. 1:91-CV-616-AWI-P |
| | ) | |
| Petitioner, | ) | **DEATH PENALTY CASE** |
| | ) | |
| v. | ) | |
| | ) | **ORDER GRANTING EX PARTE REQUEST** |
| **ROBERT K. WONG**, | ) | **TO FILE UNTIMELY REPLY TO** |
| | ) | **RESPONDENT'S BRIEF ON REMAND** |
| Respondent. | ) | |

In an Order dated August 19, 2008 (Doc. 585), this Court directed the parties to submit briefs on the issues now pending before it on remand. Pursuant to that order, Petitioner filed Petitioner's Brief on Remand (Doc. 587) on November 19, 2008. Respondent filed Respondent's Brief on Remand (Doc. 589) on February 18, 2009. On March 27, 2009, this Court granted Petitioner an extension of time to file his Reply Brief on Remand (Doc. 593). This Court extended the time for filing of the Reply Brief to May 21, 2009. Earlier today, Petitioner filed his Ex Parte Request to File Untimely Reply to Respondent's Brief on Remand (Doc. 594). Contemporaneously with this request, Petitioner submitted his Reply Brief on Remand (Doc. 595).

Petitioner's request for leave to file his untimely reply is GRANTED. The Reply Brief on Remand submitted by Petitioner shall be filed with this Court.

IT IS SO ORDERED.

**Dated:   May 29, 2009**          /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE